GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED

2021 AUG 11  PM 12:58

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-01936 TUC-JCH(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Shawn Borromeo,

    Defendant.

No.

**INDICTMENT**

VIO: 18 U.S.C. §§ 922(a)(1)(A) &
924(a)(1)(D)
(Engaging in the Business of Dealing
Firearms Without a License)
Count 1

18 U.S.C. §924(d); 28 U.S.C. §2461(c)
Forfeiture Allegation

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>

Between on or about February and March 2021, in the District of Arizona, SHAWN BORROMEO, not being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

<u>**FORFEITURE ALLEGATION**</u>

Upon conviction of Count One of the Indictment, the defendant, SHAWN BORROMEO, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

1) One Ruger model 57, 5.7x28mm handgun, serial number 642-07997;
2) One Glock, Inc. model 19X, 9mm handgun, serial number: BSLC180;
3) One Glock, Inc. model 19X, 9mm handgun, serial number: BSLC176;
4) One Glock, Inc. model 19 Gen 5, 9mm handgun, serial number: BNZZ910;
5) One Mossberg model 590, 12-gauge shotgun, serial number: V1272964;
6) One Browning 12-gauge shotgun, serial number: 10222PR152;
7) One Mossberg model 590M Shockwave, 12-gauge shotgun, serial number: MF0026966;
8) One Glock model 43X, 9mm handgun, serial number BSDZ269;
9) One Ruger model Security-9, 9mm handgun, serial number 384-13010;
10) One Glock model 19 Gen 5, 9mm handgun, serial number BSCP952;
11) One Glock model 43X, 9mm handgun, serial number BSEP572;
12) One Glock model 45, 9mm handgun, serial number BSEZ875;
13) One Glock model 43X, 9mm handgun, serial number BSMS156;
14) One Glock model 19X, 9mm handgun, serial number BSLH389;
15) One Glock model 19, 9mm handgun, serial number BSCS329;
16) One Glock model 19, 9mm handgun, serial number BRX5606;
17) One Glock model 43, 9mm handgun, serial number AFFE636;
18) One Glock model 43, 9mm handgun, serial number AFFE632;
19) One Glock model 43X, 9mm handgun, serial number BSET195;
20) One Glock model 19, 9mm handgun, serial number BHCH150;
21) One Glock model 19X, 9mm handgun, serial number ADMG631;
22) One Glock model 19, 9mm handgun, serial number BSCT835;
23) One Ruger model Security-9, 9mm handgun, serial number 382-97535;
24) One Glock model 22 Gen 4, 40 caliber handgun, serial number ZYT756;
25) One Glock model 43X, 9mm handgun, serial number BSMR961;
26) One Glock model 43X, 9mm handgun, serial number BSMR962;
27) One Glock model 48, 9mm handgun, serial number BSNT917;

| | |
|---|---|
| 1 | 28) One Glock model 19 Gen 5, 9mm handgun, serial number BSKS747; |
| 2 | 29) One Glock model 19 Gen 5, 9mm handgun, serial number BSKW893; |
| 3 | 30) One Glock model 42, .380 Auto, serial number AFTKT824; and |
| 4 | 31) One Glock model 42, .380 Auto, serial number AFEF758. |

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: August 11, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/S/

ANGELA W. WOOLRIDGE
Assistant U.S. Attorney